UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60224-RS

UNITED STATES OF AMERICA

v.

JOHN KEVIN LAPINSKI, JR.,

Defendant.

## RENEWED NOTICE ON FORFEITURE

The United States of America, by and through the undersigned Assistant United States Attorney, files this renewed notice on forfeiture. On June 6, 2025, the United States filed a Notice on Forfeiture, [ECF No. 56], stating the United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

**JASON REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By:   *s/ Jorge R. Delgado*
Jorge R. Delgado
Assistant United States Attorney
Florida Bar No. 084118
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 660-5954
E-mail: Jorge.Delgado2@usdoj.gov