Government Exhibit #1

