facebook targets

Johny miller band Idiodicks OO nightclub
Donny DR coachon Jiu Jitsu powerline rd oakland park
Corinneslautterback.com
Ruthie circus bar 1461 SW 30th Ave pompano
Ruthie ha McNab + powerline

spartan armor
pw
Sugarapple 2024

pro chinese home ownership
National fair housing alliance
Housing opportunities project for excellence
fair housing center of the greater palmbeaches

asian real estate association of america
King realty advisors LLC