Spic groups to attack

Southern poverty law center
American Civil liberties union
ACLU of Florida
Americans for immigrant Justice
American immigration Council

A.J. H[redacted] senior supervising attorney SPLC
"immigrant Justice project"