
Places to visit
Boynten beach blvd
441
X chabad Jewishcenter
turnpike
acme dairy
lyons rd
Operation:
Boynigger
Bob west road




Operation:
football is gay

Operation:
Park(land) my foot
in their asses



Bullet drop calculation

Operation: eye for a popeye



J2


side dr
10X
X park here
Operation:
Park (land) my foot in
their ass RECON

turnpike S
hollywood exit east
441 South
Pembroke rd east




operation:
James
Brownigger




Operation: nig Lauderdale attack2


nw 34th st
nw 33rd st
nw 32nd st
North bay Park
n Bay dr
Peninsula park @ coral bay
Rock island road
n Bay dr
nw 30th st
nw 30th st
Stranahan River
Operation:
Coral springigger
high School